# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| DiClerico, Joseph A. | United States District Court District of New Hampshire | 05/06/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge Senior Status | ☐ Nomination Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 1/1/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

55 Pleasant Street, Room 400
Concord, NH 03301

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust I, Trust II, and Trust IV |
| 2. | Trustee | Mayhew Program |
| 3. | Trustee and Secretary | Ausbon Sargent Land Preservation Trust |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 05/06/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Office of President of University of Vermont | 5/19/18 - 5/21/18 | Burlington, VT | Spouse's college roommate received honorary degree | hotel, meals, parking |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 05/06/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Dodds Family | Use of boathouse to dock boat (See Part VIII) | $2,500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #1 (H) | | | | | | | | | |
| 2. -Sh. Com. Coca-Cola Co. | A | Dividend | J | T | | | | | |
| 3. -Sh. Com. General Electric | A | Dividend | J | T | | | | | |
| 4. -Goldman Sachs Bank Dep. Sweep Prg. | A | Interest | J | T | | | | | |
| 5. | | | | | | | | | |
| 6. IRA Brokerage Acct #2 (H) | | | | | | | | | |
| 7. -Goldman Sachs Bank Dep. Sweep Prg. | A | Interest | J | T | | | | | |
| 8. -Fidelity Money Market Premium Cl. | A | Dividend | J | T | Open | 05/11/18 | J | | |
| 9. -FPA New Income | A | Dividend | J | T | | | | | |
| 10. -IVA Worldwid Fnd Cl 1 | A | Dividend | J | T | | | | | |
| 11. -PIMCO Inc. Fnd. Inst. Fnd | A | Dividend | J | T | | | | | |
| 12. -Primecap Odyssey Growth Fnd | A | Dividend | J | T | | | | | |
| 13. -American Europacific Growth Fnd CL F2 | A | Dividend | J | T | | | | | |
| 14. -Ishares Core S&P Small Cap ETF | A | Dividend | J | T | | | | | |
| 15. American New Perspective CLF 2 | A | Dividend | J | T | | | | | |
| 16. -Oppenheimer Dev. Markets Class Y | A | Dividend | J | T | | | | | |
| 17. -Vanguard BD Index FD Inc Total Bd Mkt ETF | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Vanguard FTSE All-WLD Ex-US ETF | A | Dividend | J | T | | | | | |
| 19. -Vanguard Index S&P 500 ETF | A | Dividend | J | T | | | | | |
| 20. | | | | | | | | | |
| 21. IRA Brokerage Acct. #3 (H) | | | | | | | | | |
| 22. -Fidelity Money Market Prem. CL | A | Dividend | J | T | Open | 05/11/18 | J | | |
| 23. -Goldman Sachs Bank Dep Sweep Prg. | A | Interest | J | T | | | | | |
| 24. -PIMCO Income Fnd Instit Fd | A | Dividend | J | T | | | | | |
| 25. -IVA Worldwide Fnd CL1 | B | Dividend | J | T | | | | | |
| 26. -Primecap Odyssey Growth Fd | A | Dividend | J | T | | | | | |
| 27. -American Europacific Growth Fnd CL F2 | A | Dividend | J | T | | | | | |
| 28. -Ishares Core S&P Small Cap ETF | A | Dividend | J | T | | | | | |
| 29. -American New Perspective CL F2 | A | Dividend | J | T | | | | | |
| 30. -Oppenheimer Dev. Markets Class y | A | Dividend | J | T | | | | | |
| 31. -Vanguard Bd. Index Fd Total Bd Market ETF (BND) | A | Dividend | J | T | | | | | |
| 32. -Vanguard FTSE All-WLD Ex-US ETF (VEU) | A | Dividend | J | T | | | | | |
| 33. -Vanguard Index S&P 500 ETF (VOO) | A | Dividend | J | T | | | | | |
| 34. -PIMCO All Asset FND | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -Vanguard Fixed Inc. Secs Fd Inter-Term Invt. Grade Fd-Admiral (VFDIX) | A | Dividend | J | T | | | | | |
| 36. | | | | | | | | | |
| 37. Trust I (H) | | | | | | | | | |
| 38. -Fidelity Money Market Prem. CL | A | Dividend | M | T | Open | 05/11/18 | J | | |
| 39. -Goldman Sachs Bank Sweep Deposit Prg. | A | Interest | J | T | | | | | |
| 40. -Manchester NH Redev. Auth - Zero Cop. Bnd 1/1/20 | | None | K | T | Buy | 08/08/18 | K | | |
| 41. -American Internat'l Growth & Income F2 | A | Dividend | K | T | Buy | 12/11/18 | K | | |
| 42. -Vanguard Index FDS Vanguard Total Stk Mkt ETF (VTI) | A | Dividend | M | T | Buy | 12/11/18 | M | | |
| 43. -Vanguard Limited Term Tax Exempt Admiral Shs (VMLUX) | A | Dividend | L | T | Buy | 03/14/18 | L | | |
| 44. -Dodge & Cox FDS Int'l Stk FD | | None | | | Sold | 12/07/18 | M | | |
| 45. -FPA New Income Inc. | A | Dividend | L | T | Buy | 12/15/18 | K | | |
| 46. -IVA Worldwide Fund CL I | D | Dividend | M | T | | | | | |
| 47. -Wells Fargo Adv Asset Alloc FD | | None | | | Sold | 03/13/18 | L | E | |
| 48. -Oppenheimer Dev. Mkts. CL y | A | Dividend | L | T | | | | | |
| 49. -FPA FDSTR Crescent Portfolio | D | Dividend | M | T | | | | | |
| 50. -Wells Fargo FDS Trust Absolute Ret FD | | None | | | Buy | 03/14/18 | L | | |
| 51. | | | | | Sold | 12/07/18 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -JP Morgan TRI Strategic Income OPPTY | A | Dividend | | | Sold | 03/13/18 | L | | |
| 53. -Vanguard Mun BD FD Inter Term Tax Exempt FDA Admiral Shs. (VWIUX) | A | Dividend | L | T | Buy | 12/10/18 | K | | |
| 54. | | | | | | | | | |
| 55. Trust II (H) (Account closed 8/31/18) | | | | | | | | | |
| 56. -Wells Fargo Adv. Bk. Dep. Sweep Prg. | A | Interest | | | Closed | 08/08/18 | L | | |
| 57. -Manchester NH Redev. Auth. - Zero Coup. Bnd 1/1/20 | | None | | | Sold | 08/01/18 | K | A | See Part VIII |
| 58. | | | | | | | | | |
| 59. Truste III (H) | | | | | | | | | |
| 60. -Goldman Sachs Bk. Dep. Sweep Prg. | A | Interest | J | T | | | | | |
| 61. -Fidelity Money Market Premium CL | A | Dividend | M | T | Open | 05/11/18 | J | | |
| 62. -Sh. Com. Community Bancorp | C | Dividend | L | T | | | | | |
| 63. -Sh. Com. Bar Harbor Bankshares | A | Dividend | K | T | | | | | |
| 64. -American Funds Capital World Growth & Inc. Fnd | C | Dividend | K | T | | | | | |
| 65. -Dodge & Cox FDS Int'l Stk FD | B | Dividend | K | T | | | | | |
| 66. -American Funds Int'l Growth & Income FD | B | Dividend | M | T | Buy | 12/11/18 | L | | |
| 67. -FPA New Income Inc. | B | Dividend | L | T | | | | | |
| 68. -American Funds Fundamental Invs. Inc. Class F-2 | D | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  -IVA Worldwide Fund | D | Dividend | M | T | | | | | |
| 70.  -American Funds Inc. New World | C | Dividend | M | T | | | | | |
| 71.  -Wells Fargo Adv. Asset Alloc FD | | None | | | Sold | 03/15/18 | L | D | |
| 72.  -PIMCO All Asset Funds Inst. CL | C | Dividend | | | Buy | 03/14/18 | L | | |
| 73. | | | | | Sold | 12/10/18 | M | | |
| 74.  -FPA FDS TR FPA Crescent Portfolio Instl. | E | Dividend | M | T | | | | | |
| 75.  -Vanguard Specialized Portfolios Dividend Growth FD (VDIGX) | D | Dividend | M | T | | | | | |
| 76.  -American Tax Exempt Bnd. of Am. F2 | A | Dividend | K | T | | | | | |
| 77.  -Vanguard FTSE All-World Ex-US ETF | B | Dividend | | | Sold | 12/11/18 | L | | |
| 78.  -Vanguard Mun. Bd Fd Inc Tax Exempt Bd (VTEB) | C | Dividend | M | T | | | | | |
| 79.  -Vanguard Index S&P 500 ETF (VOO) | B | Dividend | L | T | | | | | |
| 80. | | | | | | | | | |
| 81.  TRUST IV (H) | | | | | | | | | |
| 82.  -Fidelity Money Market Premium CL | A | Dividend | N | T | Open | 05/11/18 | J | | |
| 83.  Goldman Sachs Bank Dep. Sweep Prg. | A | Interest | J | T | | | | | |
| 84.  -Sh. Com. Community Bancorp | C | Dividend | L | T | | | | | |
| 85.  -Bar Harbor Bankshares | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. American Europacific Growth CL A | B | Dividend | | | Sold | 12/10/18 | K | | |
| 87. -American Mutual FD Inc. CL A | C | Dividend | L | T | | | | | |
| 88. -American Funds International Growth & Income Class A | A | Dividend | K | T | Buy | 12/10/18 | K | | |
| 89. -American Funds International Growth and Income F2 | A | Dividend | M | T | Buy | 12/11/18 | M | | |
| 90. -American Fund Fundamental Investors Inc. CL A | E | Dividend | M | T | | | | | |
| 91. -American Fund New World Fund CL A | B | Dividend | L | T | | | | | |
| 92. -Artisan FDS Inc. International Value Fd | D | Dividend | | | Sold | 12/10/18 | M | | |
| 93. -Dodge and Cox FDS Int'l Stk FD | D | Dividend | M | T | Buy | 03/14/18 | L | | |
| 94. -IVA Worldwide Fund | E | Dividend | M | T | | | | | |
| 95. -Wells Fargo FDS Trust WFA Absolute Return Fnd. | C | Dividend | L | T | | | | | |
| 96. -Wells Fargo Advan. FDS-Asset Alloc Fd | | None | | | Sold (part) | 01/16/18 | K | C | |
| 97. | | | | | Sold | 03/15/18 | M | E | |
| 98. -Oppenheimer Dev. MKTS Class Y | B | Dividend | M | T | Buy | 03/15/18 | K | | |
| 99. -PIMCO All Asset Fnd. | C | Dividend | | | Sold | 12/10/18 | M | | |
| 100. -FPA FDS TR FPA Crescent Portfolio | E | Dividend | M | T | | | | | |
| 101. -Vanguard Int'l Equity Index Fund Inc Total World Stk Index Fund | B | Dividend | | | Buy | 03/18/18 | L | | |
| 102. | | | | | Sold | 12/11/18 | L | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Vanguard Index Fnds Vanguard Total Stk Mkt ETF (VTI) | A | Dividend | L | T | Buy | 12/11/18 | L | | |
| 104. -Primecap Odyssey Stock Fund | D | Dividend | N | T | | | | | |
| 105. | | | | | | | | | |
| 106. TRUST V (H) | | | | | | | | | |
| 107. -Goldman Sachs Bank Dep. Sweep Prg. | A | Interest | J | T | | | | | |
| 108. -Fidelity Money Market Premium CL | A | Dividend | M | T | Open | 06/05/18 | K | | |
| 109. -Primecap Odyssey Growth Fund | C | Dividend | M | T | Buy | 05/31/18 | M | | |
| 110. -Ishares Core S&P Small Cap ETF | B | Dividend | | | Buy | 05/31/18 | M | | |
| 111. | | | | | Sold | 12/31/18 | L | | |
| 112. -Dodge & Cox Global Stock Fund | | None | L | T | Buy | 12/31/18 | K | | |
| 113. -Vanguard Index FDS Vanguard Small Caps Vipers | | None | M | T | Buy | 12/31/18 | L | | |
| 114. -Sh. Com. Exxon Mobil | C | Dividend | L | T | | | | | |
| 115. -Sh. Com. General Electric | A | Dividend | J | T | | | | | |
| 116. -IVA Worldwide Fund CL1 | E | Dividend | M | T | | | | | |
| 117. -Wells Fargo FDS Trust Absolute Return Fnd. | B | Dividend | | | Sold | 12/31/18 | K | | |
| 118. -PIMCO All Asset All Auth. | A | Dividend | | | Sold | 05/31/18 | L | | |
| 119. -FPA Crescent | D | Dividend | M | T | Sold (part) | 05/31/18 | M | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -IVA International FD CL1 | D | Dividend | L | T | | | | | |
| 121.  -Vanguard Mun BD FD Inter Term Tax Ex. FD (Admiral) (VWIUX) | C | Dividend | M | T | | | | | |
| 122. | | | | | | | | | |
| 123.  TRUST VI (H) | | | | | | | | | |
| 124.  -Goldman Sachs Bank Dep. Sweep Prg. | A | Interest | J | T | | | | | |
| 125.  -American Balanced Fund | D | Dividend | M | T | | | | | |
| 126.  -American Funds - American Mutual Fund CLA | E | Dividend | N | T | | | | | |
| 127.  -American Funds: International Growth and Income Fund | D | Dividend | M | T | | | | | |
| 128.  -American Funds: Fundamental Investors CLA | E | Dividend | M | T | | | | | |
| 129.  -American Funds: New World | C | Dividend | M | T | | | | | |
| 130.  -American Europacific Growth FD | C | Dividend | L | T | | | | | |
| 131. | | | | | | | | | |
| 132.  TRUST VII (H) | | | | | | | | | |
| 133.  -Goldman Sachs Bank Dep. Sweep Prg. | A | Interest | K | T | | | | | |
| 134.  -American Funds: International Growth and Income Fund CLA | B | Dividend | L | T | | | | | |
| 135.  -American Funds: New World Fund CLA Funds: | B | Dividend | L | T | | | | | |
| 136. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. TRUST VIII (H) | | | | | | | | | |
| 138. -Fidelity Money Market Premium CL | A | Dividend | K | T | Open | 06/05/18 | L | | |
| 139. -Goldman Sachs Bank Dep. Sweep Prg. | A | Interest | K | T | | | | | |
| 140. -Dodge & Cox Stk. FD | D | Dividend | L | T | | | | | |
| 141. -IVA Worldwide FD CL1 | E | Dividend | M | T | | | | | |
| 142. -Wells Fargo Absolute Return FD | A | Dividend | K | T | | | | | |
| 143. -Oppenheimer Dev. Mkts. CL Y | A | Dividend | K | T | | | | | |
| 144. -Pimco All Asset FD | D | Dividend | M | T | | | | | |
| 145. -FPA Crescent | D | Dividend | M | T | Sold (part) | 06/01/18 | K | C | |
| 146. -Vanguard Mun BD Fd Inter Term Tax Exempt FD Admiral Shs. (VWIUX) | B | Dividend | L | T | | | | | |
| 147. -Vanguard Mun BD FD Limited Term Tax Exempt FD Admiral Shs. (VMLUX) | A | Dividend | K | T | Sold (part) | 06/01/18 | K | | |
| 148. -Vanguard Dividend Growth Investor CL (VDIGX) | B | Dividend | K | T | | | | | |
| 149. | | | | | | | | | |
| 150. Miscellaneous (H) | | | | | | | | | |
| 151. -Ledyard Bank Accounts | A | Interest | M | T | | | | | |
| 152. -Phoenix Mutual Life Ins. Whole Life Insurance | A | Dividend | K | T | | | | | |
| 153. -Williams College Charitable Gift Annuity | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,000 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 05/06/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART V Gifts

Page 3, line 1 - Estimate value

PART VII Investments and Trusts

Page 7, line 57 - This asset was transferred into the Trust 1 account.  See line 40.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joseph A. DiClerico**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544